UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_TALLAHASSEE_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_Clarence Frazier_,

Inmate # _E34818_.

(Enter full name of Plaintiff)

vs.

_Capt. Seiffert. D.O.C._
_Sgt. Griffen D.O.C._
_Sgt. C Lee D.O.C._
_C.O. Brown P.O.C._
_C.O. Smith. D.O.C._

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: _5:18cv26_
(To be assigned by Clerk)

_Sgt Payne D.O.C._
_MCR·CJK_

_Secretary of D.O.C. A. Paynter_

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

PROVIDED TO
HOLMES CI ON
JAN 2 2 2018
_C.F._
FOR MAILING

Filed JAN 25 '18 US Dc Fln 4 PM 02:02
_MA_

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Charence Frazier
Inmate Number E34818.
Prison or Jail: Holmes C.I.
Mailing address: 3142 Thomes
Drive Bonifey Fl
32425.

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for <u>**every**</u> Defendant:

(1)   Defendant's name: Seiffent.
Official position: Capt.
Employed at: Holmes C.I.
Mailing address: 3142 Thomes Drive
Bonifay Fl. 32425.

(2)   Defendant's name: C. Brown
Official position: C.O.
Employed at: Holmes. C.I
Mailing address: 3142 Thomes Drive
Bonifay Fl. 32425.

(3)   Defendant's name: Lee Griffin
Official position: Sgt.
Employed at: Holmes C.I
Mailing address: 3142 Thomes Drive
Bonifay Fl. 32425.

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

4) Defendant Name C. Lee

Offical Position Sgt

Employed At Holmes C.F.
3142 Thomas
Drive Bonifay
FL 32425

5) Defendant name Smith.

Offical Position C.O.

Employed At Holmes C.I
3142 Thomas
Drive Bonifay
FL 32425

6) Defendant name Payne

Offical Position Sgt

Employed At Holmes CI
3142 Thomas
Drive Bonfay
FL 32425

7) Defendant name A. Paynter

Offical Position Secretary of D.O.C.

Employed At The Burea Office
OF The Dept of correctional
Central office.
Tallahassee FL 32301

### III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV.   PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.   IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                    No( ✓ )

1.   Parties to previous action:
(a)   Plaintiff(s): _____
(b)   Defendant(s): _____

2.   Name of judge: _____   Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )                    No( ✓ )

1.   Parties to previous action:
a.   Plaintiff(s): _____
b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

3

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                    No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
   a.    Plaintiff(s): _____
   b.    Defendant(s): _____
2.    District and judicial division: _____
3.    Name of judge: _____    Case #: _____
4.    Approximate filing date: _____
5.    If not still pending, date of dismissal: _____
6.    Reason for dismissal: _____
7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                    No( ✓ )

1.    Parties to previous action:
   a.    Plaintiff(s): _____
   b.    Defendant(s): _____
2.    District and judicial division: _____
3.    Name of judge: _____    Case Docket # _____
4.    Approximate filing date: _____ Dismissal date: _____
5.    Reason for dismissal: _____

4

6.     Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.     STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On Oct 16, 2017 Around 8:30 P.m and 9:00 P.m and A-dorm Wing 1 Staff Abuse was utilized for no Reason Sgt Griffen and C.O. Brown wrote A Report and Charge me with A 1-15 Battery or Attempted Battery on A Correct.unl Officer Both Report was written the same. I went to D.R. Court on November 1, 2017 And Plead not guilty to the officer statment I was find guilty By the team Hearing offical was Sentence to 90 Days D.C. Confiment I was Recommed For cm1 by the I.c.t. on November 16, 2017 State Classifiction Approved me for Cma. On November 17, 2017. I Apeal the team decsion and Havent Recived and Answer From the Bure.a office. The O.I.C. Seiffert Instructed Both officer to Sumbit there Report The Discipliany Report does not go into detail on What Hapen on Oct 16, 2017 and Why Chemical Agents and Physical force was Utilized Inside A open Bay dorm on A Min Custody Inmate Classifiction Staff Housed Inmate Frazier #E54818 And A Close Custody Dorm The D.O.C. Camera Will Show Excessive force And Will Also Show [illegible] Staff Abuse

5

~~xxxxx~~ ~~xxxxx~~ When the Incident took Place and After the Incident took Place Inside the Open Bay Part of the dorm the Camera Will show 5 officel ~~(Present)~~ With Mr. Frazier and the ~~Open Bay dorm~~ Where Inmate Frazier Was ~~Doing Nothing~~ ~~This is Counsel~~ ~~137 Days officel 137~~ Capt Seiffert Sgt Griffen and C.O. Brown Wrote False Report to cover up there Wrong doins Sgt C. lee Has not Written a Report and Officer Smith did Not Write A Report of the Incident Both officer Was Present on D.O.C. Camera, at the time of the ~~xxxx Staff~~ ~~Abuse~~ Was use Both officer failed to Write An Incident Report. The Colonel Gary Had the Opprunity to Adress This Issue on my Informel Grievnce Filed on Oct 24, 2017 Further more. I have made A Allegation to the Bureau Officel A. Painter A Representative For the Dept of Correctionel See Grievnce Log # 17-6-35355 Even After Beins Enformed that my Grievnce Was in None-compliance A. Painter Still Notifey Holmes C.I. About my Allegation of Saffet concern. and Was Advised The Sgt. Payne Was Enterviewd and denied my Allegation Without Siven me The Opprunity to Be Heard Staff member Failed to comply With the Laws of State of FL Chapter 33 and did not Lunch A Inv on my Allegation. This Have Been A onsoing Issue Regarding Staff Members Here at Holmes C.I. ~~Did not~~ Provide Saffety, Making Inmate Frazier A Libilty on Oct 16, 2017. Concerning His Life.

6

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

D.O.C. Policey CARe Custody, Control Chapter 33-103.014 F.A.C. 8th Amend Cruel, UsuAl, Pushment Misconduct By D.O.C. OFFicel For useing Excessive Force on A min Custody Inmate Housed and a Close Custody dorm. I File A Clium on STAFF Abuse As Well. to Insure that my Prison Right WAS Violted Here at Holme's Correctionel Insution Bonifey FL, 32425

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

I Seek to Be CompesenteRed For The Damense cAused On MY Life, Liberty, ProPerti, under FloridA SAlary CAP. or to Settle out WiTh the Above D.O.C. OFFicel's

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

1-21-18

(Date)                                                    (Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _21_ day of _Jan_____, 20 _18_.

(Signature of Plaintiff)

Revised 03/07

7

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

AUG 3 0 2017

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or **IF** Alleging Sexual Abuse, on the behalf of:

Frazier Clarence C          E34818          Holmes C.I
Last    First    Middle Initial          DC Number          Institution

17-6-35355

---

**Part A – Inmate Grievance**

I'm Whiteing The Secretary of D.O.C. to Inform There Office That The Classification team and Security Staff here At holme's C.I. Are Houseing High Security Inmate With Low Security Inmate And There Open Bay Dorm's Care, Custody, and Control is Not Being Provied Here At holme's C.I Where There Staff are Puting Inmate's Live's at Risk ~~When Houseing~~ There Lack of Saffety Concern Can Be A liabilty. to And Inmate Who's About to Re Entry Soutey Then to And Inmate Who Servening A Life sentence and The Dept of correction. On Aug 17 2017 A Minor disturb took Place Outside The Chow holl With A Lifer who Was house And Open Bay dorm B2. Inmate's who Are min Custody Suffer From This Inmate Action. Inmate custody leavel ~~are~~ not Being Reviewed By The Classfiction Team. And The Dept of correctionel Should do A Foll Review of There Inmate houseing to Provied Care, custody, and Control For Inmate Can do There time Safely and Return to There Family HAIM Free. This is And Report a To Inform Central Office What going on At Holme's C.I That Care, Custody, and Control is not Being Provied do to Custody ceavel Being Diffeent.

Aug-21-2017
DATE

E34818
SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the

SEP 22 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| FRAZIER, CLARENCE | E34818 | 17-6-35355 | HOLMES C.I. | Y1110U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure.  The rule requires that you first submit your grievance at the appropriate level at the institution.  You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Rule requires that allegations of the nature, as the ones in your appeal, be initiated at the informal level.

The Colonel should have the opportunity to address these issues regarding staff at the institution.

Furthermore, the institution was contacted and advised that Sgt. Payne was interviewed and denied your allegations.

Based on the foregoing information, your appeal is returned with no action.

A. Paynter

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*A. Paynter*

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

9|15|17
DATE

**INMATE REQUEST** ~ *Colonel* ~~GRAY~~ **GRAY**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _6_
Institution: _Holnes Cor_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☒ Classification Security *Cal* | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other *Colonel GRAY* |
|---|---|---|---|---|

| FROM: | Inmate Name *Clarence Frazier* | DC Number E34808 | Quarters H22 10L | Job Assignment N/A | Date Oct 24, 2017 |
|---|---|---|---|---|---|

**REQUEST**      Check here if this is an informal grievance ☒

On Oct 16, 2017 Around 8:00 and 9:00 P.M. and A-dorm wing 11 (staff abuse) was utilized For no Reason Sgt Griffen and C.o. Brown wrote A Report and charge me with At L18 Battry or Attempted Battery on a correctional officer Both Report are written The same. Capt. Seiffer Instructed Both officer to Sommit There Report. The Disciplinary Report Does not go Into detail on what heppen on Oct 16, 2017 and what chemical Agent's and Physical Force was utilized Inside a open Bay dorm on a min custody Inmate classifiction staff Housed Inmate Frazier had a close custody dorm. The camera will show show (Excessive Force) and will Also show 5 officer Present at the time. 3 staff member's made A Report to Cover up There wrong doing. Sgt C.Lee Has not written A Report and officer Smith did not write A Report of The Incident Both officer was Present on camera At the time of (Excessive Force) was use. Both officer Faird to write A Incident Report. This is a violation of 33 in is (misconduct By A D.O.C. officer) In Compliance with 33-103.014 F.A.C. The Colonel Should have The

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ | DC#: E34808

---

*107-1710-0280*

**DO NOT WRITE BELOW THIS LINE**

**RECEIVED**

**RESPONSE**
*10A*

DATE RECEIVED: **OCT 26 2017**

**HOLMES CI CLASSIFICATION DEPT**

Your grievance has been received, reviewed, and evaluated. Your allegations have been referred to the office of Inspector General. & this may or may not result in an Interview with you.

Staff Abuse, Excessive Force, misconduct By D.o.c. officer, FDOC Policy Care, custody, control,

---

**[The following pertains to informal grievances only:]**

Based on the above information, your grievance is ~~Approved~~. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): *Roper* | Official (Signature): *Roper* | Date: 10-31-17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

*Mailed 10-31-17*

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

CLARKE, FRANC
#E31818-

Part Two Of Informal Grievence log 1710-008

Opportunity to Adress Any Issue Regarding Staff member At His Insutation The Issue are Being made on A Informal Grievence in is Been Brought on A Insutation level First Base on The nature of my Allegation's. I Have made A Allegation To The Bureau official Mr. Payne A Representative For The Dept Of Correctional See Grievence log # 17-6-35355 Even After Being Informed That my Grievence was in none-compliance Mr. Painter stil Contacted The Insutation. and was Advised That Sat. Payne was Interviewed and denied my Allegation. Therefore Action was taken on Grievence log # 17-6-35355. The Staff member Here At holmes Failed to Comply and lunch an Inv on my Allegation. This Have Been A ongoing Issue Regarding Staff member Here At holmis. I And The Colonel Shared take These Allegation Serious Under Cory, Coustody, Controol D.O.C. Policy Please Attach witness Statment Colonel Remedy seek

That All 3 of my D.R. That was written on Oct 10, 2017 Be dismis and That I Be Reelsee From Confinent And Be Allowed to Return to The Insutation with core, Custody, Control Being Provided With my SPAT Hold Being lifted off my Account For I can Have Access to cantien. Thank You

Respetfull Sumbited.

#E31818-

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: 6
Institution: Holmes C.I.

Ms. Block.

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☑ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Clarence Frazier | DC Number E34818 | Quarters H1204L | Job Assignment N/A | Date 12-18-17 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

This Informal Grievance is and Compliance With Formal grievance 17-6-35355. Chapter 33-103.014 F.A.C. I'm Writing The Institution to Inform The I.C.T team That the classification team and Security staff here at holmis C.I. Housed Inmate Frazier and A High Security Dorm A-dorm Wing1 me frazier Was a min custody Inmate housed and A closed Custody dorm. Cafe, custody, control, Was not Provied Here At holmis C.I. The Institution staff Put Inmate Frazier life at Risk. and There Lack of Safety Concern Became A Liabit to Inmate Frazier life Where 5th staff member Use Physical Force and Chemical Agent's Inside The Open Bay dorm Wing1 A-dorm For no Reason. On Oct 16, 2017 See Camera 8:20?m 9:03?m Inmate Frazier Has Abdominal Pain and his Stomach do To The Sevre Beating record's Caused By staff member —7

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: E34818 |
|---|---|

107-1712-0125

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**
02K

Received and reviewed

This matter has previously been referred for review.

RECEIVED

DATE RECEIVED: DEC 13 2017

HOLMES CI
CLASSIFICATION DEPT

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): F Weeks | Official (Signature): JWee | Date: 12/15/17 |
|---|---|---|

Mailed 12/21/17

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Capt Seiffert,

The Office OF The Inspector General is Reviewing Allegation made By Inmate Frazier Grievance Los # 107-1710-0280. MR. Frazier Has medical Record OF his Abdominal Pain, and The Pain Damange That He Recived After The Beating. The and His Stomach came From The Excessive Force. MR. Frazier Also Suffer From A Mental health disability and Recive PShi Treatment From The Dept OF Correctional. See medical File. The Caused That took Place Effect MR. Frazier Phisical and mentally, And After Being Estend From Confiment and Sent to Asst Warden MS. Brock Office MR. Frazier was Advised At A Personal Interview That The Insutrion Lost his Former Grievance and That he may Refire his Grievance and Compliance, with Chapter 33.203.014 Of F.A.C. For The Insutilion Can Reviced His Allegation and Send it's Allegation to The I.G. Office For Review Thank You For Your Attention In This mAtter, Futher more Sgt Panye denied my Frazier Allegation, And my Grievance to The Scuatrey OF D.O.C. #17-6-35355 Frazier Grievance Was Recived By A. Parenter S.C.O. on Sept 22, 2017 Respectful Sam Strikke WAS Return Without Action.    On This Dec, 13, 2017
# E 34818

Part two Attachement OF
Informel Grievance.                    LEGAL

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

JAN 05 2018

Bureau of Inmate Grievance Appeals
Department of Corrections

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

FRAZIER Clarence L          E34868          Holmes C.I.
Last   First   Middle Initial          DC Number          Institution

---

Part A – Inmate Grievance          18-6-01709

I Filed A Grievance That was Approved on The Insution
Level Grievance Los #107-1710-0288 My Grievance was
Reffered To The I.G. Office foR Review It's Been over
60 DAY's sense I've Heard Anything Concerning My
Grievance. Evry time I write A Request or
A formal Grievance to Holmis C.I. I don't Recive A
Response. I was Advised At A Personal Interview with
Asst Warden Ms. Bear. That The Insution Lost my
Grievance's I've Been writing Grievance's for 5 Years
and I've nuner Been to A Insution and The State
Of flordia That mishandle legal Documents such As A
Grievance. A Grievance is A Inmate Right. and when
The Insution deprive or mishandle A Grievance A
Inmate MAY fire His Grievance to The Secretery
OF D.O.C. foR Review. Sense my Grievance is concerning
Staff Abuse, And my in Formal Grievance was Approved At
The Insution level I Have A Valid Reason foR
bringing This formal Grievance. up to The Secreter Of
D.O.C. for futher Review. To Determine and Hendle
The Caused That was Brought up on grievance Los#
107-1710-0280 and 17-6-35355 and 107-
1712-0125. Thank You for Your Atten and This
matter. Remedy seek That I Be Informed on
The Action D.O.C. took on The Above Grievance.

12-29-17                              Clarence Frazier E34868
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  ____ / _____
                                                                          #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

DEC 2 9 2017

ASST. WARDEN OF PROGRAMS

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____

Institutional Mailing Log #: 882-107-1217

                              J Collin
                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

JAN 1 2 2018

Department of Corrections
Bureau of Inmate Grievance Appeal

## PART B - RESPONSE

| FRAZIER, CLARENCE | E34818 | 18-6-01709 | HOLMES C.I. | H1204L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and reviewed, and evaluated.

Log # 107-1710-0280 was an informal. If you aren't satisfied with the results of an informal grievance the next step would be a formal grievance. You cant skip to appeal level. Furthermore your informal was only approved for review by the Inspector General. Their review did not include an interview with you.

Based on the foregoing information, your appeal is returned without action.

J. Greene

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

1/10/18
DATE

CLARence Frazier #E34818
Holmes Correctional Institution
3142 Thomas Drive
Bonifay FL 32425

CHECKED JAN 2 5 2018

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

MAILED FROM A
CORRECTIONAL
INSTITUTION

Hasler
01/23/2018
US POSTAGE $001.63
ZIP 3242
011E11675

(United States District Court North District)
U.S.D.C.N.D.
111 N. Adams St
Ste 232
Tallahassee FL, 32301

FGA