United States District court
Northern District of Florida.
Panama City Division

Clarence Frazier #E34818
Plantiff
vs.
Seiffert E.t. AL

Case #5:18-CV-00026-MCR-CJK

PROVIDED TO
HOLMES CI ON
FEB 05 2018
C.F.
FOR MAILING

Suppiment Complaint.

The Court Has Previously Recived and filed The Plantiff Civil Right Complaint. Before A U.S. Magistrate Judge. Be Assisned to his case The Plantiff Seek to Suppiment His Complaint Be Adding a Filed Grievance. Regarding the above Incident. The Court can Accpect Plantiff Grievance out of good Faith. The Clerk of Court Should Contact the Burea to Insure Saftey, on The Plantiff Life, Liberty, Propretty The Plantiff is Being Housed At Holme's C.I. A.C. Confiment unit Pending A CM2 Tranfer Because of the Plantiff Civil Right Complaint. The Plantiff is Indeed is in Fear of his life. Retaliation may be Recived From Holme's C.I Offical's. The Plantiff Has Been Threatened Beatings and gas and Warden Keller is aware of the Plantiff Incidents MR. Frazier civial Right Complaint is A Liability under Color of State Law. MR. Frazier is Suffering Cruel, and Unusual Pushishment. Here At Holme's C.I. and Ask this Court to Redress this Insury with A Remedy to Have the Plantiff tranfard.

Filed 0214'18 USDcFln5PM0135

LEGAL

To A Diffrent Institution, under the 6-21-94 act's Being Process to Ensure that Care, custody Controal is Being Proved F.DOC Policey. MR. Frazier is A liability. In Can not Be detain At Holme's C.I. Because of the deprivations of Federal Statutory and constitutional Rights Under Prison litigation Reform Act of 1995.

x _____ Frazier # E34818

x Holme's correctional Institution-

x 3142 Thomas drive Bonifay FL, 32425

Certificate of service.

I Hereby certify that A true and correct copy of the Forgoing Supplment of compliant has Been Furnished by Regular U.S. mail to Burea office. D.O.C. 501 South Calhoun Street Tallahassee FL, 32399. on This Date Feb 5, 2018.

x _____ # E34818

```
PROVIDED TO
HOLMES CI ON

FEB 0 5 2018
  C.F
FOR MAILING
```

**LEGAL**

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Frazier Clarence L / E34818 / Holmes C.I.
Last   First   Middle Initial   DC Number   Institution

18-6-02171

RECEIVED DEC 0 4 2017 Department of Corrections Inmate Grievance Appeals

### Part A – Inmate Grievance

I Plead not Guilty on Nov. 1, 2017 on A Battery on A Correctional In on Disorderly conduct Base on Officer's Statement there Disciplinary Report Should Have Been A Incident Report. This is A misconduct By A D.O.C. Offical. Officer's C. Brown and CAPT Seiffert Disciplinary Report does not Go into Detail on What Happen on Oct 16, 2017. The Investigation Fail to Investigate Why Chemical Agents and Physical Force was utilized inside A Open Bay dorm. on A min Custody Inmate. FDOC Camera And A-dorm wing 1 give the Bureau Chance to Conducted there on Review and Grant me Appeal. The Bureau would Review the camera on Oct 16, 2017. A-dorm wing 1. Around 7:45 p.m. and 8:20 p.m. You Would See Inmate Frazier Reciving Counsel From 5 D.O.C. Offical. Sgt. Clee Sgt Barnes, Sgt Griffin, C.O. L. Brown and A I.A. staff. I was seeking and Pshy Emergency After Being denied my Legal mail I was upset and was suffering from P.D.S on A ongoing Promblem See Grievance Log # 1716-107-0511 I was seeking Care, Custody, Control and Ask staff and the Landry Room to Place me and A I.So. cell until I See Mental health. Staff I was denied. Placement and was given A Verbal order to go Back to my Bunk which I Complied, Inside the open Bay dorm. Around 8:45 and 9:00 p.m. The camera would Show me on Bunk 1109UP. Where I was Reciving Counsel From And Inmate Instead of staff. At that Time the same 5 Officer Came in The Open Bay dorm with Slave on and I was order to See CAPT Seiffert I Attempted to Cuff up and was told By the CAPT "I'm Gas your Black Ass". I turn Around and Chemical Agent's was Applied For No Reason. I was Beating and Gas By D.O.C. Offical for No Reason. That why the Above D.R. Report should have Been A Incident Report I was Seeking A Pshy Emergency The camera don't show or Prove the Above staff. ~~Attempting~~ ~~Those~~ Report. I'm Seeking _____

Nov 28, 2017 / [signature] E34818
DATE / SIGNATURE OF GRIEVANT AND D.C. #

RECEIVED NOV 2 8 2017

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ___ / ___
                                                                      #    Signature

HOLMES CI ASST. WARDEN OF PROGRAMS

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED NOV 2 8 2017 HOLMES CI ASST. WARDEN OF PROGRAMS

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: 709-107-1117   [signature] (Received By)
                    (Date)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

Part Two Request for Administrative Remedy or Appeal That me Dr's Be Dismiss do to A misconduct By D.O.C. Official In compliance with 33-103.014 F.A.C. and Grievance Log # 107-1710-0080 where The Insution Has Approve me Allegation That I Recived Staff Abuse and Care, Custody, Contont was not Provied I was Placed on CM2 By State Classfichion do to The Above Allegation made By The Official's on Oct 16, 2017 Report. I have Been Approved Phsy treatment and medical treatment Here at holmes C.I. Futhermore The Camera Don't show me Being Disorderly or show that Officer C. Brown was Attempting to Counsel me or Show me Strucking Him and The Face multiple times with A Closed fist the Camera Refute All Officer Statement's or Fact's and The Burea can Grant my Appeal and dismiss The Above dr's off my Inmate File Also, Sense I Been Approve for CM2 Base of Officer Statment and The Report. I Ask That my CM2 Placment Also By Disapproved and That I Be Emergancy transfeed from This Institition Do to Official's Falure to Write A Incident Report on me Pshy Emergncy

Clarence Frazier
Date Nov 28, 2017          #E34818

## PART B - RESPONSE

| FRAZIER, CLARENCE | E34818 | 1710-107-051 | HOLMES C.I. | H2210L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your grievance has been received, reviewed and evaluated: Your grievance has been received and reviewed. Per FDC policy you must participate in counseling session to evaluate the need for medication. You will be scheduled for a counseling appointment.

Grievance: Approved.

You have 15 calendar days from the date of this response in which to obtain further administrative review of your complaint by completing form DC1-303, providing all necessary attachments, and forward to the Bureau of Inmate Grievance Appeals, Florida Department of Corrections, 501 South Calhoun St. Tallahassee, FL 32399.

E. Hernandez Perez
Medical Director
HOLMES C.I.

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

10/25/17  G Brock  10/26/17

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE     DATE

Clarence Frazier #E34818
Holmes Correctional Institution
3142 Thomas Drive
Bonifay FL 32425

FIRST-CLASS MAIL
Hasler
02/12/2018
US POSTAGE $000.47⁰
ZIP 32425
011E11675012

PENSACOLA
MAILED FROM A
FL 325
12 FEB 2018 PM 1 STATE CORRECTIONAL INSTITUTION

PAname city Division
30 w Government Street
PAname city Florida 32401

RETURN TO
POSTAGE

CHECKED FEB 14 2018

LEGAL